# The Court OF Criminal Appeals
## Austin Texas

Frank Anthony Evans
Appellant Pro se

V.

The STATE OF Texas

PDR NO. _____ PD-0849-15

Appeal No. 12-14-00053-CR

Trial Cause No. 007-1297-13

## Motion To Suspend Rule 9.3 (b)

TO The Honorable Court of Criminal Appeals;

Now Comes, Frank Anthony Evans, Appellant in the above cause No. and respectfully present this motion to Suspend Rule 9.3 (b) which Requires (11), Copies and present the following thereof:

### I.

(A). The Prision Unit Law library nor any other Division of the Unit provides a way of making Copies.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

## II
## Requested Relief;

Appellant Respectfully pray that this Honorable Court Grant this motion and allow only the Original Copy of his P. D. R. To be on the Court's Docket and Suspend the Rule requiring additional Copies.

Duly Executed in the same on the 17th Day of August 2015.

*Frank Anthony Evans*
Appellant Pro Se


I Frank Anthony Evans Jr., Appellant Swear that the following and foregoing legal document is true and correct. Duly executed on this 17th Day of August, 2015.

*Frank Anthony Evans*
Appellant Pro Se